## STATE OF CONNECTICUT *v.* WILBERT CHAPMAN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 24 (AC 15426), is denied.

*James B. Streeto*, special public defender, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided November 12, 1997

## HOSPITAL OF SAINT RAPHAEL *v.* ROBERT BRIAN CRIM

The defendant's petition for certification for appeal from the Appellate Court (AC 17307) is denied.

*Robert Brian Crim*, pro se, in support of the petition.

Decided November 12, 1997

## STATE OF CONNECTICUT *v.* JOHN O. LINDSTROM

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 810 (AC 16023), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*G. Douglas Nash*, public defender, and *Lauren Weisfield*, assistant public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided November 20, 1997